**JS-6**

MARLIS PARK, P.C.
Brent P. Marlis SB# 284654
 E-Mail: brent@marlispark.com
Tara H. Hattendorf SB#327253
 E-mail: tara@marlispark.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
PAULA LIEBSACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PAULA LIEBSACK, an individual; | Case No.: 8:21-cv-00957-DOC (JDEx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE [17]** |
| vs. | |
| KYOCERA SGS PRECISION TOOLS, INC., a California Corporation; and DOES 1 through 50, | District Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Magistrate Judge: Hon. John D. Early<br>Action Filed:  April 26, 2021<br>Trial Date:  March 29, 2022 |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

DATED: ___March 7, 2022___

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT COURT
JUDGE